FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> MELVIN LEWIS <br>     Defendant. | Case No.: CR 03-1281 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of CA</u> for alleged violation(s) of the terms and conditions of his/her ~~[probation]~~ [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: 1) <u>No Information Provided By Defendant</u>; 2) <u>History of Non-Appearance</u>; 3) <u>No Available Bail Resources</u>

B. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: 1) PRIOR CRIMINAL RECORD; 2) HISTORY OF NON-COMPLIANCE; 3) HISTORY OF SUBSTANCE ABUSE

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/21/2015

*Carla M. Woehrle*
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2